JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
US DISTRICT COURT

2018 JUN 13  A 11: 57

DISTRICT OF UTAH

BY: _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOS. COUNTS 1, 3: 18 U.S.C. § 1951(a), INTERFERENCE WITH COMMERCE BY ROBBERY; COUNTS 2, 4: 18 U.S.C. § 924(c), USING, CARRYING, BRANDISHING AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE. |
| vs. | |
| EMANUEL CARRANZA, | |
| Defendant. | |
| The Grand Jury Charges: | Case: 2:18-cr-00285<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/13/2018<br>Description: |

## COUNT 1
(18 U.S.C. § 1951(a))
(Interference with Commerce by Robbery)

On or about February 1, 2018, in the Northern Division of the District of Utah,

**EMANUEL CARRANZA,**

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect

commerce and the movement of articles and commodities in commerce, by robbery, in that

the defendant did unlawfully take U.S. currency, from employees, against their will, at the

Gen X Clothing store, located at 123 N. Harrisville Road, Ogden, Utah, by actual and

threatened force and violence, and fear of injury to their person, that is by brandishing and discharging a firearm; all in violation of 18 U.S.C. § 1951(a).

## COUNT 2
(18 U.S.C. § 924(c))
(Using, Carrying, Brandishing and Discharging a Firearm
During and In Relation to a Crime of Violence)

On or about February 1, 2018, in the Northern Division of the District of Utah,

**EMANUEL CARRANZA**,

the defendant herein, during and in relation to a crime of violence, that is, the Interference with Commerce Robbery described in Count 1 of this Indictment, knowingly used, carried, brandished and discharged a firearm, that is, a black handgun; all in violation of 18 U.S.C. § 924(c).

## COUNT 3
(18 U.S.C. § 1951(a))
(Interference with Commerce by Robbery)

On or about January 25, 2018, in the Northern Division of the District of Utah,

**EMANUEL CARRANZA**,

the defendant herein, did obstruct, delay and affect, attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take U.S. currency, from employees, against their will, at Super Grocery, located at 675 N. Monroe Blvd, Ogden, Utah, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a firearm; all in violation of 18 U.S.C. § 1951(a).

## COUNT 4
(18 U.S.C. § 924(c))
(Using, Carrying and Brandishing a Firearm
During and In Relation to a Crime of Violence)

On or about January 25, 2018, in the Northern Division of the District of Utah,

**EMANUEL CARRANZA,**

the defendant herein, during and in relation to a crime of violence, that is, the Interference with Commerce Robbery described in Count 3 of this Indictment, knowingly used, carried and brandished a firearm, that is, a black handgun; all in violation of 18 U.S.C. § 924(c).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

3