JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL CARRANZA,<br><br>Defendant. | Case No.  2:18-cr-00285 RJS<br><br>DISMISSAL OF THE INDICTMENT<br><br>JUDGE ROBERT J. SHELBY |

Based upon leave of Court granted by the Honorable Robert J. Shelby, the United States of America hereby dismisses the Indictment, without prejudice, in the above-referenced matter.

DATED this 21st day of February, 2019.

                                                      JOHN W. HUBER
                                                     United States Attorney

                                                     */s/ Carlos A. Esqueda*
                                                     CARLOS A. ESQUEDA
                                                   Assistant United States Attorney